Mark L. HANSEN, Carol Hansen, Melissa Hansen, a minor, by her Guardian ad Litem, Thadd J. Llaurado, Aetna Casualty & Surety Company, Plaintiffs-Respondents,

v.

CROWN CONTROLS CORPORATION, a foreign corporation, and International Insurance Company, Defendants-Appellants.

Supreme Court

*No. 92–3214. Filed July 19, 1994.*

(Also reported in 519 N.W.2d 346.)

A petition for review pursuant to sec. 808.10, Stats., having been filed on behalf of defendants-appellants-petitioners, Crown Controls Corporation, etc.; and this court having issued an order on February 22, 1994 holding in abeyance consideration of the petition pending the resolution of *State v. Messelt*, 178 Wis. 2d 320, 504 N.W.2d 362 (Ct. App. 1993) (petition for review granted October 19, 1993); and the *Messelt* decision having been issued on June 23, 1994; 185 Wis. 2d 255, 518 N.W.2d 232 (1994).

IT IS ORDERED that the petition for review is denied as it relates to the issue of whether the jury instructions and special verdict were based on the trial court's erroneous interpretation of the law relating to enhanced injury;

IT IS FURTHER ORDERED that the petition for review is granted as it relates to the issue of whether petitioners are entitled to a new trial because members of the jury allegedly looked up definitions of key terms to be applied in the jury's deliberations;

IT IS FURTHER ORDERED that the portion of the court of appeals' decision relating to the juror conduct issue is summarily vacated and the matter is remanded to that court for reconsideration of that issue in light of this court's decision in *Messelt;*

IT IS FURTHER ORDERED that $50 costs are awarded to petitioners.

<div align="right">

Marilyn L. Graves
Clerk of Supreme Court